UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY WILL BRENNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER SHIRLEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-000545-SKO<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS**<br><br>**14-DAY OBJECTION DEADLINE**<br><br>Clerk of the Court to Assign District Judge |

Plaintiff Zachary Will Brenner is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　　RELEVANT BACKGROUND**

Plaintiff filed his complaint on May 8, 2024. (Doc. 1.) On July 26, 2024, this Court issued its First Screening Order. (Doc. 9.) The Court found Plaintiff's complaint plausibly alleges Eighth Amendment conditions of confinement claims against Defendants Shirley, Cronjager, and DeGough, but fails to allege any other cognizable claim against those individuals. (*Id*. at 4-10.) Plaintiff was ordered to do one of the following within 21 days of the date of service of the order: (1) notify the Court he did not wish to file a first amended complaint and was willing to proceed on his cognizable claims; or (2) file a first amended complaint; or (3) file a notice of voluntary dismissal. (*Id*. at 11-12.)

On August 14, 2024, Plaintiff filed written notice indicating he did not wish to file a first amended complaint and was willing to proceed on the Eighth Amendment conditions of confinement claims against Defendants. (*See* Doc. 10.)

## II. DISCUSSION

For the reasons set forth in the Court's First Screening Order (Doc. 9) issued July 26, 2024, the Court will recommend this that action proceed on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Shirley, Cronjager, and DeGough only, the remaining claims against any defendant to be dismissed.

## III. CONCLUSION AND RECOMMENDATIONS

Accordingly, the Court **ORDERS** the Clerk of the Court to randomly assign a District Judge to this action.

Further, the Court **RECOMMENDS** that:

1. This action **PROCEED** *only* on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Shirley, Cronjager, and DeGough; and
2. Any remaining claims in Plaintiff's complaint against any defendant be **DISMISSED.**

These Findings and Recommendations will be submitted to the district judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). **Within 14 days** of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **August 15, 2024**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE