UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY WILL BRENNER,<br><br>                    Plaintiff,<br><br>          v.<br><br>HEATHER SHIRLEY, et al.,<br><br>                    Defendants. | Case No.: 1:24-cv-000545-KES-SKO<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 28) |

Plaintiff Zachary Will Brenner is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Shirley, Cronjager, and DeGough.

On June 25, 2025, the Court issued its Discovery and Scheduling Order, (Doc. 24), and the deadline for filing an exhaustion-based summary judgment motion was set for September 25, 2025 (*Id*).

On September 9, 2025, Defendants filed Ex Parte Application to Modify the Discovery and Scheduling Order, seeking to extend the deadline for filing an exhaustion-based summary judgment motion to November 24, 2025. (Doc. 28.)

**II.      DISCUSSION**

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (citation & internal

quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F.2d at 607).

Defendants seek an extension of the deadline for filing an exhaustion-based summary judgment motion. Recently, the parties agreed to reschedule Plaintiff's noticed deposition to October 21, 2025, after originally setting it in early September 2025, at Plaintiff's request. Because Plaintiff's deposition is now scheduled to occur after the exhaustion motion deadline, Defendants seek a 60-day extension of that deadline.

Good cause exists to extend the deadline for filing an exhaustion-based summary judgment motion.

### III.    CONCLUSION AND ORDER

Based on the foregoing, the Court **HEREBY ORDERS**:

1. Defendants' request to modify the Discovery and Scheduling Order (Doc. 28) is **GRANTED**;
2. The deadline for filing an exhaustion-based summary judgment motion is **EXTENDED** from September 25, 2025, **to November 24, 2025**; and
3. No other deadlines are affected by this Order.

IT IS SO ORDERED.

Dated:    **September 12, 2025**            /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE