UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY WILL BRENNER,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER SHIRLEY, et al.,<br><br>Defendants. | Case No.: 1:24-cv-00545-KES-SKO<br><br>**ORDER VACATING DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 24) |

Plaintiff Zachary Will Brenner is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Shirley, Cronjager, and Degough.

**I.   BACKGROUND**

The Court issued its Discovery and Scheduling Order on June 25, 2025. (Doc. 24.)

On August 25, 2025, the Court issued its Order Regarding Plaintiff's Filing of August 22, 2025, denying Plaintiff's request to continue his deposition, request to modify the scheduling order, and request for appointment of counsel. (Doc. 27.)  On September 12, 2025, the Court issued its Order Granting Defendants' Request to Modify the Discovery and Scheduling Order, extending the deadline for filing an exhaustion-based summary judgment motion to November 24, 2025. (Doc. 29.)

On October 22, 2025, Defendants filed a Notice of Settlement. (Doc. 31.)

## II. DISCUSSION

In the Notice of Settlement, Defendants advise that after meeting and conferring with Plaintiff on October 21, 2025, the parties have agreed to settle this case. (Doc. 31 at 2.) The parties also request that the Court "vacate all pending dates" as they anticipate filing a joint stipulation for voluntary dismissal with prejudice within sixty days. (*Id.*)

District courts have broad discretion to manage discovery and to control the course of litigation under Federal Rule of Civil Procedure 16. *Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir. 2012).

Here, the parties have agreed to settle their dispute and to submit a stipulation for voluntary dismissal with prejudice within sixty days. As a result, the Court will grant the parties' request and vacate the scheduling order.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The Discovery and Scheduling Order issued June 25, 2025 (Doc. 24) is **VACATED**; and

2. The parties **SHALL** submit a Stipulation to Voluntary Dismissal with Prejudice **no later than December 22, 2025**.

IT IS SO ORDERED.

Dated: __October 23, 2025__     /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE