UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY WILL BRENNER,<br><br>  Plaintiff,<br><br>  v.<br><br>HEATHER SHIRLEY, et al.,<br><br>  Defendants. | Case No.: 1:24-cv-000545-KES-SKO<br><br>**ORDER RE STIPLUATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. 33) |

On December 22, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 33.) The stipulation is signed and dated by Plaintiff Zachary Will Brenner and by Sarah E. Singer, counsel for Defendants H. Shirley, J. Cronjager, and S. DeGough. (*Id.*) The parties stipulate to a dismissal of this action with prejudice with each party to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **December 22, 2025**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28